

United States Bankruptcy Court
**District of Alaska**
605 West Fourth Avenue, Suite 138
Anchorage, Alaska 99501-2296
Phone: (907) 271-2655
Toll Free: (800) 859-8059
http://www.akb.uscourts.gov



RECEIVED
MAY 1 5 2006
CLERK U.S. DIST...
ANCHORAGE

# TRANSMITTAL FORM (APPEAL)

TO: Bankruptcy Appellate Panel of the Ninth Circuit
125 So. Grand Avenue
Pasadena, CA 91105

BAP# AK-06-1159

FROM: Bankruptcy Court for the District of ALASKA
District/Office No. 097X/3

Filed On 4/24/06

We are transmitting with this cover a Notice of Appeal which has been filed in our District. Also attached is a copy of the Notice of Filing of Appeal which has been transmitted to the parties. The pertinent information regarding this appeal is:

| CASE NAME: | Norbert Lee hart |
|---|---|
| Bankruptcy No.: | A05-01457 |
| Adversary No.: | |
| Bankruptcy Judge: | Donald MacDonald |
| Date Notice of Appeal Filed: | April 21, 2006 |
| Entry Date of Order Appealed From: | April 17, 2006 |
| Date Bankruptcy Filed: | October 04, 2006 |
| Date Notice of Appeal and Notice of Objection Period Mailed to Parties: | April 24, 2006 |
| Date of Transmittal to BAP: | April 24, 2006 |
| Date Appeal Fee Paid: | **Pending, Notice of Court Fees Due submitted to appellant on April 24, 2006** |
| Other: | Rule 8003 Motion filed. (Copy enclosed) Motion for Joinder of Appeals (copy enclosed) Previous appeal filed 3/29/06 [BAP No. AK-06-1126] fee has not been paid. |

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT

APR 28 2006

FILED _____
DOCKETED _____
DATE    INITIAL

Dated: April 24, 2006

Wayne W. Wolfe, Clerk

By: /s/ Robbi Canterbury
Deputy Clerk

Serve: BAP
U. S. Trustee
J. Pettigrew, attorney for debtor
G. Spraker, attorney for trustee
W. Barstow, trustee
Steven George Fair, appellant
4/24/06

92