# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

Norbert Lee Hart

        Debtors.

Case No. A05-01457-DMD
Chapter 7

Filed On
4/24/06

## NOTICE OF FILING OF NOTICE OF APPEAL
## AND TRANSMITTAL OF APPEAL TO BAP

To:    All Parties to the Appeal (listed below)

        and

        Bankruptcy Appellate Panel of the Ninth Circuit
        125 South Grand Avenue
        Pasadena, California

        **NOTICE IS HEREBY GIVEN** that a Notice of Appeal was filed in this court by Steven George Fair on 4/21/2006. A copy of the Notice of Appeal is attached hereto. The appeal is being transmitted to the BAP along with a copy of this notice. For further information, the parties to the appeal are referred to the Notice of Requirements for Perfection of Appeal, filed and served concurrently with this notice.

DATED: April 24, 2006

                              WAYNE W. WOLFE
                              Clerk, U.S. Bankruptcy Court

                              By: /s/ Robbi Canterbury
                                   Deputy Clerk

Attachments:    Notice of Appeal

Serve:  U. S. Trustee
        BAP
        J. Pettigrew, attorney for debtor
        G. Spraker, attorney for trustee
        W. Barstow, trustee
        Steven George Fair, appellant

*RECEIVED MAY 1 [?] 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA*



Steven George Fair Sovereign
Posterity by blood descent
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master General
             Sandy general delivery
             Sandy I.M.M. 122.1
             Oregon

FAXED

FILED

APR 2 1 2006

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

            Bankruptcy Court for the united States of America
                          Anchorage Alaska

In Re:                     )
                          )   Case No.:05-01457 DMD
Norbert Lee Hart         )   Chapter 7
                          )
              Debtor   )
_____ )

### Notice of Appeal

Comes Now Creditor No. 1:

    To notice the court of *[appeal]* of two unjust judgements of illegitimate UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA as follows

<u>ORDER DENYING REQUEST FOR EXTENSION OF TIME TO APPEAL</u>

<u>ORDER FOR SALE OF REAL PROPERTY</u>, and;

<u>ORDER DENYING MOTION FOR RECONSIDERATION OF ORDERS</u>

<u>DENYING MOTIONS FOR RECONSIDERATION</u>

    Creditor notices the court that said original Order for Sale of Real property arrived in Oregon 04-07-2006 even though it was issued on 03-31-2006. Creditor appealed on that day and was told by judge's clerk to bring a motion for time before the court telephonically 04-11-2006 in regard to time and Legal Tender.

    Done and dated this 21rd, day of the 4rd month A.D. 2006

Steven George Fair

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

NORBERT LEE HART,

        Debtor.

Case No. A05-01457-DMD
Chapter 7

Filed On
4/17/06

### ORDER DENYING REQUEST FOR EXTENSION OF TIME TO APPEAL ORDER FOR SALE OF REAL PROPERTY

On April 14, 2006, Steven George Fair filed a document which requests an extension of time to pay the appeal fee and to file an appeal of this court's order granting the trustee's application to sell real property free and clear of liens. Mr. Fair's request for an extension of time to pay his appeal fee must be considered by the appellate court; the bankruptcy court can't grant this relief. Additionally, although the bankruptcy court can grant extensions of time to file certain appeals, it can't extend the time for appealing an order which authorizes the sale of real property.[1] Therefore,

**IT IS ORDERED** that the request for extension of time to appeal the order authorizing the sale of real property, entered on March 31, 2006, is denied.

DATED: April 17, 2006

                              BY THE COURT

                              /s/ Donald MacDonald IV
                              DONALD MacDONALD IV
                              United States Bankruptcy Judge

Serve: Jane Pettigrew, Esq.
       Gary Spraker, Esq.
       Steven Fair, Pro Se Creditor
       U. S. Trustee

04/17/06

---

[1] Fed. R. Bankr. P. 8002(c)(1)(B).

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

NORBERT LEE HART,

Debtor.

Case No. A05-01457-DMD
Chapter 7

Filed On
4/17/06

## ORDER DENYING MOTION FOR RECONSIDERATION
## OF ORDERS DENYING MOTIONS FOR RECONSIDERATION

On April 17, 2006, Steven George Fair filed a document entitled "Motion for Reconsideration Order Denying Motions for Reconsideration of Order Dated April 14, 2006." In this motion, Mr. Fair appears to be requesting reconsideration of two orders which were entered by the court on April 14, 2006. The first order denied reconsideration of this court's order of March 31, 2006, which authorized the trustee to sell real property in Soldotna, Alaska, in which Mr. Fair claims an interest. The second order, entered April 14, 2006, denied reconsideration of an order which denied Mr. Fair's motion for stay.

Mr. Fair's most recent motion for reconsideration of these two orders (which have already denied reconsideration), will be denied. The motion raises no new ground on which relief can be granted. The Oregon statutes he cites in his motion are inapplicable to real property located in Alaska. Federal bankruptcy law and Alaska state law control the issues pertaining to the real property being sold by the trustee, as well as Mr. Fair's interest in the real property. The remainder of Mr. Fair's motion is incoherent and appears to have no bearing on the issues germaine to this bankruptcy case.[1] Therefore,

---

[1] Mr. Fair's motion includes references to Silver specie Dollar Coin debts, illegitimate treaties and claims purportedly made by the United States, a demand for payment "because of bailment, depositum, precarium in allodial title to the Soil by Sovereign Right," an allegation that the bankruptcy court is an illegitimate entity because the United States "is a private corporation for territorial enfranchisee grantee corporation persons" which exists illegitimately, and assertions that Mr. Fair is somehow exempt from the laws of the United States on the basis of Sovereign Immunity.

**IT IS ORDERED** that the motion for reconsideration of the order denying motions for reconsideration, filed April 17, 2006, is denied.

DATED: April 17, 2006

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: Jane Pettigrew, Esq.
Gary Spraker, Esq.
Steven Fair, Pro Se Creditor
U. S. Trustee
Case Mgr.

04/17/06

2