Gary Spraker, Esq.
Alaska State Bar No. 9107066
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
Telephone (907) 258-6016
Telefax (907) 258-2026
Attorneys for William Barstow, Trustee

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

MAY 9 2006

FILED_____
DOCKETED_____
DATE        INITIAL

AK-06-1159

## IN THE UNITED STATES BANKRUPTCY APPELLATE PANEL

### FOR THE NINTH CIRCUIT

In Re:                        )
                              )
NORBERT LEE HART,             )   Case No.: 05-01457 DMD
                              )   Chapter 7
            Debtor.           )
                              )

### NOTICE OF OBJECTION TO APPEAL BEING HEARD AND DETERMINED BY THE BANKRUPTCY APPELLATE PANEL (B.A.P.) AND ELECTION TO HAVE APPEAL HEARD BY U.S. DISTRICT COURT

William Barstow, Trustee, by and through undersigned counsel, files his objection of the referral of the Notice of Appeal filed in this matter on April 21, 2006, to the bankruptcy appellate panel. Pursuant to 28 U.S.C. § 158(c), the Trustee objects to the appeal being heard and determined by the Bankruptcy Appellate Panel (B.A.P.), and elects to have the appeal heard by the U.S. District Court for the District of Alaska.

DATED this May 2, 2006.

CHRISTIANSON & SPRAKER
Attorney for Appellee
William Barstow, Trustee

By: _____
    Gary Spraker

Page 1   Section 158(c) Election to District Court
         H:\2786\BAP Objection to BAP.wpd

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of May, 2006, the foregoing document was mailed to:

- Steven Fair
  C/o Postmaster General
  Sandy, OR 97005

By: *Susan VanSchooten* (signature)
    Susan VanSchooten

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026