Steven George Fair Sovereign
Posterity by blood descent
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master General
           Sandy general delivery
           Sandy I.M.M. 122.1
           Oregon

FAXED
FILED
APR 2 1 2006
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

Bankruptcy Court for the united States of America
Anchorage Alaska

In Re:                      )
                           )    Case No.:05-01457 DMD
Norbert Lee Hart      )    Chapter 7
                           )
        Debtor   )
_____)

**Rule 8003, Leave to Appeal** [district court for the united States of America, Alaska]

1.    Creditor has original Rule 8003, leave to appeal before the court, dated 24th day of the 3rd month A.D. 2006.

2.    Within:

<u>ORDER DENYING REQUEST FOR EXTENSION OF TIME TO APPEAL</u>

<u>ORDER FOR SALE OF REAL PROPERTY</u>, and;

<u>ORDER DENYING MOTION FOR RECONSIDERATION OF ORDERS</u>

<u>DENYING MOTIONS FOR RECONSIDERATION</u>

dated 04-17-2006 the bankruptcy court did error is specific performance to the Law and Facts of the Claim, EQUITY SHARING AGREEMENT, Aug. 7th, 1989, and *Original Trust contract unanimous declaration of the thirteen united States of America, July 4th 1776*, and *Original Trust A contract Constitution for the united States of America as endorsed by the Framers A.D. 1787 with Articles of Amendment I - XIII*. Order denying

Page 1 of 11 Rule 8003 leave to appeal

request for time is in error because it denies Creditor No. 1, due process of Law. In the instant the court did deny Creditor No. 1, at a minimum 3 days for post, 10 days for time, and three days for post, for a response. Even at that, Due Process demands that Creditor should have had 10 days from seeing the 03-31-2006 on 04-07-2006 plus 3 days for post in order for Article V of Amendment, Original Trust A contract, supra, Due Process of Law. The court's failure to address Creditor No. 1's oral request for time at the telephonic hearing on Motion in the nature of Stay Lis Pendency on 04-11-2006, only to issue an Order on 04-17-2006 denying the Oral/Written Motion for Time brings into question the courts and U.S. Trustee's sale of the real property on 04-14-2006 in the face of Creditor No. 1's claim on 04-11-2006 of the Right of Inheritance of estate by blood descent. And, that in denying Creditor No.1's claim Mr. Barstow gains personally in excess of 5000 federal reserve notes tally.

3.  The illegitimate court's order <u>ORDER DENYING MOTION FOR RECONSIDERATION OF ORDERS DENYING MOTIONS FOR RECONSIDERATION</u> 04-17-2006, footnote[1] raises two questions with points of paramount concern for justice and freedom:

> a.) First is, the illegitimacy of the current *federal union of states* scheme started in *rebellion*, res judicata, <u>*Amos H. Short v. Francis Ertimanager 5. Opin 359, 525, Ore. supreme court, justices Nelson and Strong (1851), cert. denied (1852)*</u> and <u>*Response to Mr. Pratt by justices Nelson and Strong from the seat of Government, Oregon City (1852)*</u>, coupled with the appearing Northern Senate Rebellion of A.D. 1865. By 10 Stat. 146, congress rebelled against the judicial veto of the supreme Court, Article III, its denial of certiorari, and separation of powers doctrine in *Amos H. Short, supra*. The extension of congressional *rebellion* with 10 Stat. 146, in private democratic furor, allowed congressional trespass upon President Lincoln's Article II, sec. 2, pardon of the Southern

Page 2 of 11 Rule 8003 leave to appeal

several States, and senatorial breach of Article V several State Suffrage, and illegitimate passage of *the Reconstruction Acts of 1867 to present* to compel the loss of Sovereign Suffrage by the threat of Stanton secretary of War and his illegitimate occupation of the pardoned several States to compel illegitimate ratification of the alleged 14th voluntary political amendment. Creation of 28 U.S.C. 3002(15), a foreign corporation to the several States, by congress for the District in A.D. 1872 tightened the illegitimacy of the afore actions/acts of congress. The alleged 14th amendment remains illegitimate on Oregon because of senatorial fraud in placing two federal shills in the legislature to bring about ratification in A.D. 1865, resulting the collapse/abandonment of the Oregon legislature in A.D. 1868. The result is an illegitimate *federal union of states* abuse of illegitimate *Reconstruction Acts* to create legislative grantee legislative subjects of the congress, abuse of the illegitimate 16th amendment, and the Banking Act of 1913 to deceive by deceptive trade practices for unjust enrichment and illicit gain by holding legislative property enfranchisee persons under Article IV, sec. 3, cls. 2 illegitmently.

b.)  "*. . . and assertions that Mr. Fair is somehow exempt from the laws of the United States on the basis of Sovereign Immunity. . .*" Attached is copy of Objection to <u>ORDER DENYING MOTION FOR RECONSIDERATION OF ORDERS DENYING MOTIONS FOR RECONSIDERATION</u> providing the statutes of Oregon and Alaska on extortion by withholding information and by breach of grantee office holder in public Trust(s), supra, specific performance to contract. *In rebellion, res judicata,* the congress abuses unjustly Article I, sec. 8 of <u>*Original Trust A contract Constitution for the united States of America*</u> to create illegitimate power and punitive power not expressly granted. The Framers were express in Article I, sec. 8, supra, in what was legitimately granted in

authority for Congress to have power:

***Article I, sec. 8, The Congress shall have Power. cls.:***

1.) ...to lay and collect taxes. . excises. . united States
2.) ... to borrow... United States
3.) ...to regulate Commerce. . .several States
4.) ...to establish. . .Rule. . .Naturalization. . .Bankruptcy
5.) ...to coin Money, regulate. . .value. . .and fix
6.) ...to provide. . .Punishment. . .
7.) ...to establish Post Offices and post Roads
8.) ...to promote. . .
9.) ...to constitute. . .
10.) ...to define and punish. . .
11.) ...to declare War
12.) ...to raise and support. . .Armies
13.) ...to provide and maintain. . .Navy.
14.) ...to make Rules for the Government. . .
15.) ...to provide for calling forth the Militia
16.) ...to provide for organizing, arming, . . . Militia
17.) ...to exercise exclusive Legislation in all Cases whatsoever, over such District,. . .to exercise like Authority over all Places purchased by the Consent of the Legislatures of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful buildings;
18.) ...To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, . . .

By specific performance to Original Trust A contract, supra, Congress may:

a.) Lay
b.) Borrow
c.) Regulate
d.) Establish
e.) Coin
f.) <u>Provide Punishment</u>
g.) Promote
h.) Constitute
i.) <u>Define and punish</u>
j.) Declare
l.) Raise and support
m.) Provide
n.) Make Rules
o.) To exercise exclusive Legislation in all Cases whatsoever, over such District

    p.)    To make all Laws which shall be necessary and proper...

Congress has two express grants of Power to punish at Article I, sec. 8, cls. 6, for counterfeiting, and at Article I, sec. 8, cls. 10, for Piracy and Felonies committed on the high Seas, and Offenses against the Law Nations. Legitimately the de jure Federal Government has criminal prosecutory power if Steven George Fair counterfeits the "...current Coin...", or the "...Securities...". What is money on the several States is defined expressly in *"No State shall...make any Thing but gold and silver Coin a Tender in Payment of Debts."* <u>Article I, sec. 10, cls. 1, Const., supra</u>. Dollars are legislatively defined as 371 4/16ths grains of fine silver in a Coin struck by the Mint as Legal Tender for the several States. The Power of Congress to establish statutes to *define and punish Piracies and Felonies committed on the high Seas, and against the Law of Nations;* is express. No other power of punishment is expressed in Article I, sec. 8, for Congress and because Article I, sec. 8, cls. 6 and cls. 10 is express authority to exercise the power of punishment, no other legitimate power of punishment exists in Congress, except in the *District* and possibly Article IV, sec. 3, cls. 2, Original Trust A contract, supra. Even though Congress has Article I, sec. 8, cls. 3, commerce clause authority, the authority is expressly not 'punitive' and only regulatory, the right of punishment retained by the several States and the People in Article of Amendment IX, & X, Const., supra. The congress's abuse of the commerce clause under any allegation of punitive power is illegitimate and a violation of O.R.S. 164.075. Simply stated in, *We hold these Truths to be Self evident,* Congress has no delegated authority under the commerce clause to take punitive action against the Sovereign in Common, that reserved to the several States in union. That congress has illegitimately abused the commerce clause with false claim of punitive authority is a matter known res judicata in judicial veto. On the other hand the corporate enfranchisee is subject as congressional legislative and territorial property to any power congress wishes, except; alienation of unalienable constitutionally secured

endowment.

4.)     Article IV sec.3, cls. 2, Original Trust A contract, supra, *The Congress shall have Power to dispose and make all needful Rules and Regulations respecting the Territory or the Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or any particular State.* The private nature of democratic rebellion appeared in Congressional trespass upon judicial veto in *Amos H. Short, supra, 10 Stat. 146*. In A.D. 1865 the Congress trespassed upon the *Separation of Powers Doctrine* and Presidential pardon of the Southern several States under Article II, sec.2, to breach Article V state Suffrage, to deny Sovereign Suffrage secured at Article IX, X, as an unalienable Right secured to the People. President Johnsen vetoed the Reconstruction Acts of 1865. The Senate in continuing illegitimacy overrode presidential veto to occupy the Southern several States under military occupation and threat, because they would not ratify an illegitimate 14th amendment to the constitution creating inferior legislative corporate subject status, and an exclusive federal citizenship not contemplated, or endorsed by the Framers in A.D. 1787/1791.

5.)     Bifurcation of individuals into Sovereign in Common, and legislatively created corporate enfrachisee character [Article of Amendment XIII] left the Sovereign bound by the statutes of his several State and Article I, sec. 8, cls. 6 & cls. 10, federal punishment, and subject to what ever rule Congress made for the *District* [territorial 10 sq.mile X 10 sq.mile], *Guano Islands, Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings.* [formerly 28 U.S.C. 451]. However, there existed no Law for the emancipation of slaves from their former owners. Article of Amendment XIII, though questionable on its origin, in the face of an Original Article of Amendment XIII, prohibited the Citizens of the several States from exercise of Master/servant law by emancipation of lawless individuals. Article of Amendment XIII has no noted force or effect against congress at Article I, sec. 8, cls. 17 & 18, and Article IV, sec. 3, cls. 2. Via the alleged

voluntary 14th corporate political amendment, the congress created Property - corporate enfranchisee persons, subject to Article IV, sec. 3, cls. 2; former slaves who were loosed on the land with no form of Law by the emancipation proclamation. The congress, now appearing in rebellion via trespass upon Article II, sec. 2, presidential pardon of the Southern several States, illegitimately ratified the alleged 14th voluntary political amendment via skullduggery in Oregon [ 1865 ratification, 1868 rescinding for senatorial fraud ], and illegitimate *Reconstruction Acts of 1867*. In order to bring the slaves under Master/servant Law the congress authorized/created a corporation; taking the constitution for the United States of America as its corporate charter in A.D. 1872. That appears to be 28 U.S.C. 3002(15) and the *federal union of states*, scheme of territorial authority over their property corporate enfracnchisee subject citizens.

6.)   The congress now abuses *Ashwander* v. *Tenn. Vly. Auth. Doctrine* against the unalienable constitutionally secured Endowment of Grantor Steven George Fair, Sovereign, Posterity by blood descent, to claim corporate enfranchisee U.S. citizen, alleged 14th voluntary political amendment character under *Clearfield Trust Doctrine*, use=debt=trust, via the illegitimate Banking Act of 1913 and involuntary use of federal reserve notes, the Reconstruction Act of 1867 to present, and even the Clean Air Statutes of the congress to allege illegitimate involuntary U.S. citizen subject corporate enfranchisee Property of the United States under Article IV, sec. 3, cls. 2. The illegitimate courts in silent judicial notice allege under *Erie Railroad Doctrine* that all persons are presumed to be corporate enfranchisees of the congress's creation in A.D. 1872 of a foreign corporation UNITED STATES 28 U.S.C. 3002(15) because the U.S. citizen is a legislative creation of the congress's foreign corporation in relation to the several states and congress has absolute power over its creations/slaves under Master/servant Law.

7.)   What remains unjust is the illegitimate use of the current de facto court scheme of Nash's Non Co-operative Game Theory to coerce the Sovereign from his subsistence

Page 7 of 11 Rule 8003 leave to appeal

because there is no way to engage in Trade of Common Right exterior of involuntary use of federal reserve notes due to abuse of police power to keep Steven George Fair from his salmon of the Columbia, other clean fishes, game, fur, wood and other necessities from the illegitimately held trust Lands, held for his individual private good as an unalienable endowment under covenant in Public Debt obligation of the institution of legitiment government.

8.) Did the bankruptcy court error, in breach of specific performance to contract, EQUITY SHARING AGREEMENT, August 7th, 1989:

    a.) by disallowing/denying Creditor No. 1's legitimate claim on time; when Creditor was denied 'Appearance of the Facts' for 7 days by the post System.

    b.) by hearing telephonic oral motion for time on 04-11-2006, illegitimately selling the real estate on 04-14-2006, and issue of Order denying time to Creditor on 04-17-2007 so that Creditor No. 1 could seek no judicial process.

    c.) Does footnote[1] deny Creditor No. 1's claim of Sovereign Immunity and Privilege to the constitutionally secured Endowment, "...*that they are endowed by their Creator with Certain* [absolute] *unalienable Rights...*" unanimous declaration of the thirteen united States of America, July 4th, 1776, and security at Article I - VI Original Trust A contract Constitution for the united States of America, as endorsed by the Framers A.D. 1787, with Articles of Amendment I - XIII which absolutely limits Congress and the Federal Government to punitive authority only at Article I, sec. 8, cls. 6 & 10, unless the Sovereign enter the district of . . . voluntarily with intent to violate several State Common Law [Ore.73, ch. 836, sec. 11(2)] ?

Remedy/Relief

    d. Creditor seeks definitive statement of Sovereign Immunity and Privilege Article IV Original Trust A contract Constitution for the united States of America,

Articles of Amendment I-XIII, to Federal Government punitive acts exterior of Article I, sec. 8, cls. 6 & cls.10, which establishes ORDER DENYING MOTION FOR RECONSIDERATION OF ORDERS DENYING MOTIONS FOR RECONSIDERATION is/are illegitimate based in unauthorized abuse of power.

e.   Additionally, Creditor seeks definitive statement of Sovereign Immunity and Privilege Article IV Original Trust A contract Constitution for the united States of America as endorsed by the Framers A.D. 1787, Article I, sec. 8, cls. 17 & 18, only provides punitive authority in the District [ 10 sq.miles x 10 sq.miles ], Guano Islands, Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings, "...*purchased by the Consent of the [legitimate] Legislature of the State in which the same shall be...*", which establishes ORDER DENYING MOTION FOR RECONSIDERATION OF ORDERS DENYING MOTIONS FOR RECONSIDERATION is/are illegitimate based in unauthorized abuse of power.

f. Additionally, Creditor seeks definitive statement of Sovereign Immunity and Privilege Article IV Original Trust A contract Constitution for the united States of America as endorsed by the Framers A.D. 1787, that Article IV, sec. 3, cls. 2, *Power...to make all needful Rules and Regulations respecting the Territory, or other Property belonging to the United States...*" applies only to *federal union of states* corporate enfranchisee U.S. citizens as the *Property* of the congress via its illegitimate legislation creating these 'persons' and the Federal Territory authorized like Puerto Rico, which establishes ORDER DENYING MOTION FOR RECONSIDERATION OF ORDERS DENYING MOTIONS FOR RECONSIDERATION is/are illegitimate based in unauthorized abuse of power.

g. Finally, Creditor seeks time, under Due Process of Law, Article V of Amendment, Const., supra, because the court's order on Mar. 31, 2006, not

arriving for Creditor until Friday April 7, 2006, then court instructions on Friday April 7, 2006, to ask for time at telephonic hearing April 11, 2006, for a forced sale of property on April 14, 2006, to issue order <u>ORDER DENYING REQUEST FOR EXTENSION OF TIME TO APPEAL ORDER FOR SALE OF REAL PROPERTY</u>, April 17, 2006, denied Creditor's Article V of Amendment, Const., supra, endowment to Due Process of Law and just compensation.

h. Creditor does not deny the governments right to condemnation of contract EQUITY REPAYMENT AGREEMENT, in dismissal of *"present condition"* August 7th, 1989 constructed upon TRUST DEED Fair/Hart January 25th, 1986, but; seeks statement of Trust Deed Debt of 76,000.00 + - as claimed.

9.) Appeal should be granted because the Law of Contract specific performance *Original Trust contract unanimous declaration of the thirteen united States of America July 4th 1776*, and *Original Trust A contract Constitution for the united States of America as endorsed by the Framers A.D. 1787*, with *Articles of Amendment I - XIII, supra,* appears to be in breach by the court trespass upon constitutional estoppel and EQUITY SHARING AGREEMENT, August 7, 1989. The court did error in breach of contract, breach of fiduciary debt obligation and appearing conversion in violation of O.R.S. 164.075 against the Person, Article IV of Amendment, Article IV Sovereign Immunity and Privilege of Steven George Fair on the Soil of Oregon, July 5th, 1843, by misstatement of facts to disrupt Creditors claims by deceptive trade practices for illicit gain and unjust enrichment in frn tally scheme.

/

/

/

/

Page 10 of 11 Rule 3803 leave to appeal

Done and dated this 21st day of the 4th month, 2006.

Steven George Fair
Sovereign
Posterity by blood descent
unenfranchised



Certificate of Service

Creditor No. 1 certifies to the court, even if illegitimate, that he placed a true copy of the filing Rule 8003 Leave to File (dated 04-21-2--6) and Notice of Appeal in the post Office, first class to:
Gary Spraker, 911 West 8th Ave. ste. 201, Anchorage Alaska

04-21-2006



Page 11 of 11 Rule 8003 leave to appeal