04-18-2006 A.D.
Steven George Fair
Sovereign
Posterity by blood descent
unenfranchised
        post:  c/o post master General
               Sandy general delivery
               Sandy I.M.M. 122.1
               Oregon
message telephone 503.668.6836

*FAXED*

**FILED**

APR **2** 1 2006

**CLERK**
**U.S. BANKRUPTCY COURT**
By _____
      **DEPUTY CLERK**

U.S. Bankruptcy Appellante Panel of the Ninth Circuit

BAP No:  AK-06-1126

Steven George Fair, Sovereign
Posterity by blood descent
unenfranchised

versus

united States Bankruptcy court for the united States of America
illegitimate UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

No. 05-01457 DMD [Alaska state]
debtor Norbert L. Hart
MAC DONALD IV, Donald, judge

**MOTION FOR JOINDER OF APPEALS**

Comes Now Creditor No. 1, Grantor of all authority upon which the Federal Government

exists, Sovereign, Posterity by blood descent:

To ask the BAP to join original Appeal with appeal of the Orders dated

04/17/2006 in the interest of time and judicial expediency:

Notice of Appeal dated 04/21/2006

<u>ORDER DENYING REQUEST FOR EXTENTION OF TIME TO APPEAL</u>

<u>ORDER FOR SALE OF REAL PROPERTY</u>

<u>OREDER DENYING MOTION FOR RECONSIDERATION OF ORDERS</u>

<u>DENYING MOTIONS FOR RECONSIDERATION</u>

Creditor believes the court should grant time for Creditor No. 1 to gather the

record of the court in a joindered appeal.  Special consideration should be given due to the

considerable difficulty with the post Office in deliver in a timely manner which is

streaching Due Process under original Article IV & V of Amendment.

Done and dated this 21st day of the 04th month A.D. 2006.

Steven George Fair Sovereign
Posterity by blood descent
unenfranchised

