Efiled, APPEAL

(L) side

RECEIVED
MAY 1  2006
CLERK U.S. DISTRICT COURT

# U.S. Bankruptcy Court
## District of Alaska (Anchorage)
### Bankruptcy Petition #: 05-01457

*Assigned to:* Donald MacDonald IV
Chapter 7
Voluntary
Asset

*Date Filed:* 10/04/2005
*Date Discharged:* 01/24/2006

**Norbert Lee Hart**
PO Box 2323
Soldotna, AK 99669

*Debtor*

represented by **Jane Pettigrew**
GREG OCZKUS LAW OFFICE
430 W 7th Ave., Ste. 202
Anchorage, AK 99501
(907) 276-6550
Email: janemgolawoffice@acsalaska.net

**William M. Barstow, III**
200 W 34th Ave Box 905
Anchorage, AK 99503
*Trustee*

represented by **Gary A. Spraker**
CHRISTIANSON & SPRAKER
911 W. 8th Ave., Ste. 302
Anchorage, AK 99501
(907) 258-6016
Fax : (907)258-2026
Email: ecf@cslawyers.net

**U.S. Trustee's Office**
605 West 4th Avenue, Suite 258
Anchorage, AK 99501-2252
(907) 271-2600
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/04/2005 | 1 | Chapter 7 Voluntary Petition. Fee Amount $209. Filed by Jane Pettigrew on behalf of Norbert Lee Hart (Pettigrew, Jane) Modified on 10/5/2005 *[Receipt #370163, Amt $209, pd 10/4/05]* (ct/donna, ). (Entered: 10/04/2005) |
| 10/05/2005 | | Petition Review Completed.RE: DE# 1 Voluntary Petition (Chapter 7). (ct/robbi, ) (Entered: 10/05/2005) |
| 10/05/2005 | | Social Security Review Complete - Official Form 21 has been |

|            |    |                                                                                                                                                                                                                                                                                                                                                                              |
|------------|----|-|
|            |    | Reviewed / SSN Verified.RE: DE# 1 Voluntary Petition (Chapter 7). (ct/robbi, ) (Entered: 10/05/2005) |
| 10/06/2005 | 2  | Notice of Appointment of Trustee. William M. Barstow added to the case. Filed by U.S. Trustee's Office (Susan, ) (Entered: 10/06/2005) |
| 10/06/2005 | 3  | Notice of Debtor Duties (Ch 7). Filed by U.S. Trustee's Office (Susan, ) (Entered: 10/06/2005) |
| 10/06/2005 | 4  | Notice of Filing Deadlines and of US Trustee's Standing Motion to Dismiss for Non-Compliance (if deadlines are not met). Request(s) by creditors to receive special notice should be made within 15 days. Filed by U.S. Trustee's Office (Susan, ) (Entered: 10/06/2005) |
| 10/06/2005 | 5  | Court's Notice Regarding No Asset Chapter 7 (individual) Bankruptcy Filing, Notice of Meeting of Creditors,and Setting of Dates. Filed by U.S. Trustee's Office 341(a) meeting to be held on 11/9/2005 at 09:20 AM at Room 250 - Old Federal Building (cred mtg room). Last day to oppose discharge or dischargeability is 1/9/2006. (Susan, ) (Entered: 10/06/2005) |
| 10/06/2005 | 6  | AKLBF 37A - Declaration of debtor and counsel (with original signatures), Re: Electronic Filing of Petition, Schedules and Statements (and Plan if Ch 12 or 13 Case). (ct/lori) (Entered: 10/07/2005) |
| 10/08/2005 | 7  | BNC Certificate of Mailing - Duties of Debtor.(related document(s)3 Notice of Debtor Duties Ch 7.) . No. of Notices: 2. Service Date 10/08/2005. (Admin.) (Entered: 10/08/2005) |
| 10/08/2005 | 8  | BNC Certificate of Mailing - UST Notice of Standing Motion(related document(s)4 Notice of US Trustee Standing Motion) . No. of Notices: 55. Service Date 10/08/2005. (Admin.) (Entered: 10/08/2005) |
| 10/08/2005 | 9  | BNC Certificate of Mailing - Appointment of Trustee.(related document(s)2 Notice Appointing Trustee) . No. of Notices: 3. Service Date 10/08/2005. (Admin.) (Entered: 10/08/2005) |
| 10/08/2005 | 10 | BNC Certificate of Mailing - Meeting of Creditors.(related document(s)5 Meeting of Creditors Chapter 7 No Asset, ) . No. of Notices: 48. Service Date 10/08/2005. (Admin.) (Entered: 10/08/2005) |
| 11/08/2005 | 11 | Amended Creditor Matrix. Fee Amount $26. Filed by Jane Pettigrew |

| | | |
|---|---|---|
| | | on behalf of Debtor Norbert Lee Hart (Pettigrew, Jane) Modified on 11/14/2005 *[Receipt #388799, Amt $26, pd 11/10/05]* |
| 11/10/2005 | | Utility Event to note the matrix has been updated adding one creditor per DE# 11 Amended Creditor Matrix. (ct/donna, ) (Entered: 11/10/2005) |
| 11/14/2005 | | Notice of Authorization for Debtor to Appear Telephonically at Section 341 Meeting of Creditors, scheduled for *November 9, 2005 at 9:20 a.m.* Filed by U.S. Trustee's Office (related document(s)5 Meeting of Creditors Chapter 7 No Asset, ). (Ruebelmann, John) (Entered: 11/14/2005) |
| 11/17/2005 | | TEXT ENTRY for '341 Meeting of Creditors Held on *11/9/2005*. Matter has been CONCLUDED. Trustee's comments (if any): *None* (related document(s)5 Meeting of Creditors Chapter 7 No Asset,, 5 Meeting of Creditors Chapter 7 No Asset,, 5 Meeting of Creditors Chapter 7 No Asset, ). (Susan, ) (Entered: 11/17/2005) |
| 12/06/2005 | 12 | Trustee's Application to Employ Gary Spraker as Attorney Filed by Gary A. Spraker on behalf of Trustee William M. Barstow III (Spraker, Gary) (Entered: 12/06/2005) |
| 12/07/2005 | 13 | Declaration of Gary Spraker in Support of Application by Trustee to Employ Attorney. Filed by Gary A. Spraker on behalf of Trustee William M. Barstow III(RE: 12 Application to Employ). (Spraker, Gary) (Entered: 12/07/2005) |
| 12/09/2005 | 14 | Order Authorizing Attorney For Trustee [Gary Spraker]. Serve: Pettigrew; Spraker; Barstow; UST. (Related Doc #12 Application to Employ) (ct/lori) (Entered: 12/09/2005) |
| 12/30/2005 | 15 | Request for Notice filed by Becket & Lee, LLP on behalf of American Express Centurion Bank. (Weisman, Gilbert) (Entered: 12/30/2005) |
| 01/05/2006 | 16 | Request of Creditor Steven George Fair Sovereign for Notices or to be Added To the Matrix. (ct/maggie) (Entered: 01/06/2006) |
| 01/06/2006 | | Utility Event to note the matrix has been updated RE: DE# 16 Notice Request by Steven George Fair Sovereign. (ct/maggie) (Entered: 01/06/2006) |
| 01/24/2006 | 17 | Order Discharging Debtor(s). (ct/robbi, ) (Entered: 01/24/2006) |
| 01/26/2006 | 18 | BNC Certificate of Mailing - Order of Discharge.(related |

| Date | Doc # | Description |
|---|---|---|
| | | document(s)17 Order Discharging Debtor) . No. of Notices: 45. Service Date 01/26/2006. (Admin.) (Entered: 01/26/2006) |
| 02/01/2006 | 19 | Request for Notice filed by Becket & Lee, LLP on behalf of American Express Bank, FSB. (Weisman, Gilbert) (Entered: 02/01/2006) |
| 02/01/2006 | | Notice of Asset Determination, and Request for Court to Notice All Creditors of Need to File Proof of Claim. Filed by William M. Barstow III (Barstow, William) (Entered: 02/01/2006) |
| 02/02/2006 | 20 | Notice of Need to File Proof of Claim Due to Asset Determination filed by the Trustee. Proofs of Claims due by 5/3/2006. (ct/janet, ) (Entered: 02/02/2006) |
| 02/03/2006 | 21 | Trustee's Notice of Objection to Claim: *#1 - Fair* and Notice of Hearing Set For *March 6, 2006, at 2:00 p.m.* Filed by Gary A. Spraker on behalf of Trustee William M. Barstow III (Attachments: # 1 Exhibit Claim) (Spraker, Gary) (Entered: 02/03/2006) |
| 02/03/2006 | 22 | Trustee's Notice *of No Insurance*. Filed by Gary A. Spraker on behalf of William M. Barstow III (Attachments: # 1 Matrix Used for Service) (Spraker, Gary) (Entered: 02/03/2006) |
| 02/03/2006 | 23 | Trustee's Motion to Sell *Property* Free and Clear of Liens. Filed by Gary A. Spraker on behalf of Trustee William M. Barstow III (Attachments: # 1 Exhibit A. Offer to Purchase# 2 Exhibit B. Equity Repayment Agreement, UCC, Claim# 3 Exhibit C. Title Report) (Spraker, Gary) (Entered: 02/03/2006) |
| 02/03/2006 | 24 | Notice of Hearing Combined with Objection Date for Motion re: *Trustee's Application for Authority to Sell Real Property Free and Clear of Liens*. Filed by Gary A. Spraker on behalf of William M. Barstow III(related document(s)23 Motion to Sell Free and Clear, ). Hearing scheduled for 3/31/2006 at 10:00 AM at Anch - Historic Courtroom, Old Fed. Bldg. (Attachments: # 1 Matrix Used for Service) (Spraker, Gary) (Entered: 02/03/2006) |
| 02/04/2006 | 25 | BNC Certificate of Mailing - Notice to File Proof of Claim.(related document(s)20 Notice to File Claim) . No. of Notices: 45. Service Date 02/04/2006. (Admin.) (Entered: 02/04/2006) |
| 02/17/2006 | 26 | Creditor Steven George Fair Sovereign's - Response/Objection, for Failure to state a claim upon which relief may be granted, and objection to material misrepresentation of fact(s). Filed by creditor, Steven George Fair Sovereign. with cert of service.(related document(s)23 Motion to Sell Free and Clear,, 24 Combined Notice |

| | | |
|---|---|---|
| | | of Motion and Hearing,, 21 Objection to Claim, ) . (ct/robbi, ) (Entered: 02/21/2006) |
| 03/03/2006 | 27 | Order Continuing Hearing on Trustees Objection To Proof of Claim No. 1 (Steven George Fair). Hearing scheduled for 3/9/2006 at 10:15 AM at Anch. Serve: Pettigrew; Spraker; Fair; UST; Calendar. (related document(s)26 Response, 21 Objection to Claim) (ct/lori) (Entered: 03/03/2006) |
| 03/06/2006 | 28 | Proceeding Memo RE: Hearing on 21 Objection to Claim #1. Matter continued to 3/9/06 at 10:15 a.m. (ct/janet, ) (Entered: 03/06/2006) |
| 03/06/2006 | 29 | FAXED Copy of Creditor Steven George Fair Sovereign's - FRN discharge data from; Alaska MLS. Filed by Steven George Fair Sovereign. With crt svc. (related document(s)23 Motion to Sell Free and Clear,, 21 Objection to Claim). (ct/maggie) (Entered: 03/07/2006) |
| 03/07/2006 | 30 | Clerk's Notice of Fees Due sent to Steven George Fair for the amount of $22.00. Payment due by 3/21/2006. Serve: Steven George Fair, Pam on 3/7/2006 by M.B.(related document(s)29 Response). (ct/maggie) (Entered: 03/07/2006) |
| 03/07/2006 | 31 | Creditor Steven George Fair Sovereign's - Objection to Trustee: Filed by Creditor Steven George Fair Sovereign, Posterity by Blood Descent. With cert of Service. (related document(s)23 Motion to Sell Free and Clear, 21 Objection to Claim). (ct/robbi, ) (Entered: 03/08/2006) |
| 03/07/2006 | 32 | Creditor Steven George Fair Sovereign's - Objection & Declaration of Fact. Filed by Creditor, Steven George Fair Sovereign Posterity by Blood Descent. With cert of service. (related document(s)23 Motion to Sell Free and Clear, 12 Application to Employ, 13 Declaration, 21 Objection to Claim). (ct/robbi) (Entered: 03/08/2006) |
| 03/07/2006 | 33 | Creditor Steven George Fair Sovereign's - statement of Fact on "Present Condition August 07, 1989: Filed by Creditor Steven George Fair Sovereign. with cert of service. (related document(s)23 Motion to Sell Free and Clear,, 21 Objection to Claim,). (Attachments: # 1 Exhibit A# 2 Exhibit B - Photographs# 3 Exhibits C & D) (ct/robbi, ) (Entered: 03/08/2006) |
| 03/09/2006 | 34 | Proceeding Memo RE: Hearing on 21 Objection to Claim #1. Court heard evidence. Mr. Fair may have 5 days to file any objection to Exhibits 1 and 2 submitted by the trustee. Matter taken under advisement. (ct/janet, ) (Entered: 03/09/2006) |

| Date | Doc # | Description |
|---|---|---|
| 03/09/2006 | | Matter Set Under Advisement per hearing held on (3/9/06). RegardingRE: DE# 34 Proceeding Memo,, 21 Objection to Claim #1. Matter Under Advisement Due by 5/9/2006. (ct/janet, ) (Entered: 03/09/2006) |
| 03/10/2006 | 35 | Affidavit of Service *Trustee's Exhibits 1 and 2* Filed by Gary A. Spraker on behalf of Trustee William M. Barstow III(RE: 21 Objection to Claim, ). (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Spraker, Gary) (Entered: 03/10/2006) |
| 03/15/2006 | 36 | Order Regarding Objection to Proof of Claim. Serve: Spraker, Fair, Barstow, UST & Claims Register. (related document(s)21 Objection to Claim #1) (ct/janet, ) (Entered: 03/15/2006) |
| 03/15/2006 | 37 | Judgment Regarding Objection to Proof of Claim. Serve: Spraker, Fair, Barstow, UST & Claims Register. (related document(s)21 Objection to Claim #1, 36 Order) (ct/janet, ) (Entered: 03/15/2006) |
| 03/15/2006 | | Remove Under Advisement Flag and Deadline, regarding: 21 Objection to Claim #1, 34 Promemo - per order at DE # 37 Judgment. (ct/janet, ) (Entered: 03/15/2006) |
| 03/16/2006 | 38 | Creditor Steven George Fair Sovereign's - Objection to Trustee Exhibits, copy attached, and objection to return of discharge property to debtor. Filed by Steven George Fair Sovereign. (related document(s)35 Affidavit of Service) . (ct/robbi, ) (Entered: 03/17/2006) |
| 03/17/2006 | 39 | Original of Faxed Document by Creditor Steven George Fair Sovereign's -FRN discharge data from: Alaska MLS; with attachments and cert of service. (RE: 29 Response, 30 Clerk's Notice of Fees Due). (ct/lori) (Entered: 03/20/2006) |
| 03/20/2006 | | Receipt for Fee Paid, regarding Fax Fees. Receipt Number 17852, Fee Amount $22.00 **Please Note:** All receipts are maintained by the Financial Deputy in the Bankrutpcy Clerks Office. If you wish to view the receipt please contact the clerk.(related document(s)29 Response, 30 Clerk's Notice of Fees Due) . (ct/janet, ) (Entered: 03/20/2006) |
| 03/23/2006 | 40 | FAXED Notice of Appeal. Receipt Number other, Fee Amount $255. Filed by creditor Steven George Fair Sovereign. (related document(s)37 Judgment, 36 Claims). Appellant Designation due by 4/3/2006. (ct/robbi, ) (Entered: 03/24/2006) |
| 03/23/2006 | 41 | FAXED Motion for Leave to Appeal. Filed by creditor Steven George Fair Sovereign. With cert of service.(unsigned & dated |

| Date | Doc # | Description |
|---|---|---|
| | | 3/24/06)(related document(s)40 Notice of Appeal). (ct/robbi, ) *** Modified on 3/28/2006 *to clean up docket text to reflect this is a motion for leave to appeal* *** (ct/donna, ). (Entered: 03/24/2006) |
| 03/28/2006 | 42 | Clerk's Notice of Court Fees Due. {$255.00 Appeal & $21.00 Fax, for a Total of $276.00} Served: Steven George Fair, Pro Se Creditor.(related document(s)40 Notice of Appeal, 41 Election to Dist Court). (ct/robbi, ) (Entered: 03/28/2006) |
| 03/29/2006 | 43 | Clerks Notice of Filing of Notice of Appeal and Transmittal of Appeal to BAP. Serve: UST, BAP, Pettigrew, Spraker, Barstow & Steven George Fair.(related document(s)40 Notice of Appeal). (Attachments: # 1 Notice of Appeal)(ct/robbi, ) (Entered: 03/29/2006) |
| 03/29/2006 | 44 | Notice of Requirements for Perfection of Appeal And Of Procedure For Election To Transfer Appeal To District Court. Serve: UST, Pettigrew, Spraker, Barstow & Steven George Fair. (related document(s)43 Clerks Notice of Filing of Notice of Appeal). (Attachments: # 1 Pro Se Appellants Instructions)(ct/robbi) (Entered: 03/29/2006) |
| 03/29/2006 | 45 | Transmittal Form to BAP (Appeal) Serve: BAP, UST, Pettigrew, Spraker, Barstow & Steven George Fair. (related document(s)43 Clerks Notice of Filing of Notice of Appeal, 44 Notice of Requirements for Perfection of Appeal). (ct/robbi, ) (Entered: 03/29/2006) |
| 03/30/2006 | 46 | Trustee's Application to Employ Mark White as Realtor Filed by Gary A. Spraker on behalf of Trustee William M. Barstow III (Attachments: # 1 Exhibit Listing Agreement) (Spraker, Gary) (Entered: 03/30/2006) |
| 03/30/2006 | 47 | Affidavit of Mark White in Support of Application by Trustee to Employ Real Estate Agent. Filed by Gary A. Spraker on behalf of Trustee William M. Barstow III(RE: 46 Application to Employ). (Attachments: # 1 Exhibit Listing Agreement) (Spraker, Gary) (Entered: 03/30/2006) |
| 03/31/2006 | 48 | Order Granting Application to Employ Realtor (Mark White). Serve: Pettigrew, Spraker, Barstow, UST & Mark White. (Related Doc #46) (ct/janet, ) (Entered: 03/31/2006) |
| 03/31/2006 | 49 | Proceeding Memo RE: Hearing on 23 Motion to Sell Property. Trustee's application is granted. See promemo for more specifics. (ct/janet, ) (Entered: 03/31/2006) |

| Date | Doc # | Description |
|---|---|---|
| 03/31/2006 | 50 | Order Granting Trustee's Application for Authority to Sell Real Property Free and Clear of Liens [Lots One (1) and Two (2), Fine Subdivision]. Serve: Pettigrew, Spraker, Fair, Barstow & UST. (Related Doc #23) (ct/janet, ) (Entered: 03/31/2006) |
| 04/04/2006 | 51 | Original of Faxed Document, re: 40 Notice of Appeal) . (ct/robbi, ) (Entered: 04/04/2006) |
| 04/04/2006 | 52 | Original of Faxed Document. RE: 41 FAXED Motion for Leave to Appeal. NOTE: The creditor did include a copy of the Order, Judgement & Notice of Appeal. (ct/robbi, ) (Entered: 04/04/2006) |
| 04/04/2006 | 53 | Affirmed Affidavit of Steven George Fair. Filed by creditor Steven George Fair. (ct/robbi, ) (Entered: 04/04/2006) |
| 04/04/2006 | 54 | Counter Claim for the District Court for the United States of America, Article III. Filed by creditor Steven George Fair.(related document(s)40 Notice of Appeal, 52 Original of Faxed Document, 51 Original, 41 Motion for Leave to Appeal,). (ct/robbi, ) (Entered: 04/04/2006) |
| 04/04/2006 | 55 | In the Nature of Stay Lis Pendency.(related document(s)40 Notice of Appeal, 54 Document,, 41 Motion for Leave to Appeal,). (ct/robbi, ) (Entered: 04/04/2006) |
| 04/04/2006 | 56 | Certificate of Service Filed by creditor Steven George Fair. (RE: 54 Counter Claim District Court, 55 Nature of Stay, Lis Pendency, 53 Afffirmed Affidavit). (ct/robbi, ) (Entered: 04/04/2006) |
| 04/05/2006 | 57 | Order Setting Hearing on Motion for Stay. Hearing scheduled for 4/11/2006 at 10:00 AM. Serve: Spraker, Pettigrew, Fair, Barstow, UST & Calendar. (related document(s)55 Document) (ct/janet, ) (Entered: 04/05/2006) |
| 04/06/2006 | 58 | Ex Parte Motion to Amend *Judgment Regarding Objection to Proof of Claim* Filed by Gary A. Spraker on behalf of Trustee William M. Barstow III(related document(s)37 Judgment). (Attachments: # 1 Exhibit A. Proposed Order# 2 Exhibit B. Calculation of Final Judgment) (Spraker, Gary) (Entered: 04/06/2006) |
| 04/06/2006 | 59 | Notice *of Objection to Appeal Being Heard and Determined by The Bankruptcy Apellate Panel (B.A.P.)*. Filed by Gary A. Spraker on behalf of William M. Barstow III (Spraker, Gary) (Entered: 04/06/2006) |

| Date | DE# | Description |
|---|---|---|
| 04/07/2006 | | COURT NOTE: Contacted Sue in Gary Spraker's office, who confirmed that the notice of election to have appeal heard by USDC would be sent by their office to the BAP today. RE: DE# 59 Notice.(ct/amy, ) (Entered: 04/07/2006) |
| 04/07/2006 | | COURT NOTE: Creditor S. Fair called and advised that he just received the Ntc. of Court fees Due and would be filing a motion for extension of time and would be bringing this matter up at the April 11, 2006 hearing RE: DE# 42 Clerk's Notice of Fees Due (ct/peggy, ). (Entered: 04/07/2006) |
| 04/07/2006 | 60 | Trustee's Opposition to *Document Entitled In The Nature of Stay Lis Pendency* Filed by Gary A. Spraker on behalf of Trustee William M. Barstow III(related document(s)55 Document). (Spraker, Gary) (Entered: 04/07/2006) |
| 04/11/2006 | 61 | Proceeding Memo RE: Hearing on 55 Motion for Stay. The court heard the concerns and argument from the parties concerning the sale of the property. Mediation was also suggested. Court will take the matter under advisement and issue a written order. (ct/janet, ) (Entered: 04/11/2006) |
| 04/11/2006 | | Matter Set Under Advisement per hearing held on (4/11/06). RegardingRE: DE# 61 Proceeding Memo, 55 Document. Matter Under Advisement Due by 6/12/2006. (ct/janet, ) (Entered: 04/11/2006) |
| 04/13/2006 | 62 | Order Denying Motion for Stay. Serv: Pettigrew, Spraker, Steven Fair, UST. (related document(s)55 In the Nature of Stay Lis Pendency ) (ct/donna, ) (Entered: 04/13/2006) |
| 04/13/2006 | 63 | Memorandum Regarding Pleading Entitled "In the Nature of Stay Lis Pendency". Serv: Pettigrew, Spraker, Steven Fair, UST. (related document(s)62 Order, 55 In the Nature of Stay of Lis Pendency) (ct/donna, ) (Entered: 04/13/2006) |
| 04/14/2006 | | Remove Under Advisement Flag and Deadline, regarding: Motion for Stay, per order at DE #62 denying motion for stay and #63 Memorandum Re: motion for stay (ct/peggy, ) (Entered: 04/14/2006) |
| 04/14/2006 | 64 | FAXED Motion For Reconsideration of the Order [Order Denying Motion For Stay]. Filed byCreditor Steven George Fair Sovereign (related document(s)62 Order). (ct/lori) Modified on 4/14/2006 *** to include the word fax ****(ct/donna, ). (Entered: 04/14/2006) |

| | | |
|---|---|---|
| 04/14/2006 | 65 | FAXED Memorandum Regarding Pleading Entitled "In The Nature Of Stay Lis Pendency". Filed by creditor Steven George Fair Sovereign (RE: 55 Document, 63 Memorandum). (ct/lori) (Entered: 04/14/2006) |
| 04/14/2006 | 66 | Motion For Reconsideration of the Order [Order Granting Trustee's Application For Authority To Sell Real Property Free And Clear of Liens]. Filed byCreditor Steven George Fair Sovereign (related document(s)50 Order on Motion To Sell Free and Clear of Liens). (ct/lori) (Entered: 04/14/2006) |
| 04/14/2006 | 67 | Order Denying Motion For Reconsideration Of Order Dated March 31, 2006. Serve: Pettigrew; Spraker; Fair; UST. (related document(s)66 Motion to Reconsider, 50 Order on Motion To Sell Free and Clear of Liens). (ct/lori) (Entered: 04/14/2006) |
| 04/14/2006 | 68 | Order Denying Motion For Reconsideration Of Order Dated April 14, 2006. Serve: Pettigrew; Spraker; Fair; UST. (related document(s)62 Order, 64 Motion to Reconsider). (ct/lori) (Entered: 04/14/2006) |
| 04/14/2006 | 69 | Sovereign removal to Article III judicial; district Court for the united States of America, [several States] Original Trust A contract Constitution for the united States of America as endorsed by the Framers A.D. 1787. Filed byCreditor Steven George Fair Sovereign. (ct/lori) (Entered: 04/17/2006) |
| 04/14/2006 | 70 | Request For Extension Of Time To Pay Appeal Fee and To File Appeal Re Order Authorizing Sale. Filed byCreditor Steven George Fair Sovereign. (related document(s)43 Clerks Notice of Filing of Notice of Appeal, 44 Notice of Requirements for Perfection of Appeal, 30 Clerk's Notice of Fees Due, 42 Clerk's Notice of Fees Due). (ct/lori) (Entered: 04/17/2006) |
| 04/14/2006 | 71 | Appellant Designation of Record - DOR. Appellee designation due by 4/24/2006. Transmission of Designation Due by 5/15/2006. Filed byCreditor Steven George Fair Sovereign. (related document(s)40 Notice of Appeal). (ct/lori) (Entered: 04/17/2006) |
| 04/14/2006 | 72 | Request for Preparation of Transcript re: Appeal. Filed byCreditor Steven George Fair Sovereign.(related document(s)71 Appellant Designation, 40 Notice of Appeal). (ct/lori) (Entered: 04/17/2006) |
| 04/14/2006 | 73 | Certificate of Service (RE: 66 Motion to Reconsider, 69 Motion for Miscellaneous Relief, 71 Appellant Designation, 72 Request for Transcript re: Appeal, 70 Motion to Extend Time). Filed by Creditor Steven George Fair Sovereign. (ct/lori) (Entered: 04/17/2006) |

| | | |
|---|---|---|
| 04/17/2006 | 74 | Order Denying Request For Extension Of Time To Appeal Order For Sale of Real Property. Serve: Pettigrew; Spraker; Fair; UST. (related document(s)70 Motion to Extend Time). (ct/lori) (Entered: 04/17/2006) |
| 04/17/2006 | 75 | FAXED Motion For Reconsideration of Order Denying Motions For Reconsideration of Order Dated April 14, 2006. Filed byCreditor Steven George Fair Sovereign (related document(s)68 Order on Motion To Reconsider). (ct/lori) (Entered: 04/17/2006) |
| 04/17/2006 | 76 | Order Denying Motion For Reconsideration Of Orders Denying Motions For Reconsideration. Serve: Pettigrew; Spraker; Fair; UST; Case Mgr. (related document(s)75 Motion to Reconsider). (ct/lori) (Entered: 04/17/2006) |
| 04/17/2006 | 77 | Letter Rogatory. Filed by Creditor Steven George Fair Sovereign. (ct/maggie) (Entered: 04/18/2006) |
| 04/18/2006 | 78 | FAXED Objection to misrepresentation of material Fact.(related document(s)76 Order on Motion To Reconsider). Filed by Steven George Fair. (ct/maggie) (Entered: 04/19/2006) |
| 04/19/2006 | 79 | Clerk's Letter to Steven George Fair regarding Request to Order Transcript. Serv: Steven George Fair. (related document 72 Request]. (ct/donna, ) (Entered: 04/19/2006) |
| 04/20/2006 | 80 | Clerk's Notice of Fees Due sent to:George Steven Fair. Total amount due is $101.00. Payment must be made by 5/8/2006. Serve: George Fair on 4/20/06 by M.B.(related document(s)65 Memorandum in Support, 64 Motion to Reconsider, 78 Objection, 75 Motion to Reconsider).(ct/maggie) (Entered: 04/20/2006) |
| 04/21/2006 | 81 | Original of Faxed Document re: (related document(s)64 Motion to Reconsider). Filed by Steven George Fair. (ct/maggie) (Entered: 04/21/2006) |
| 04/21/2006 | 82 | Original of Faxed Document, re: (related document(s)75 Motion to Reconsider). Filed by Steven George Fair. (ct/maggie) (Entered: 04/21/2006) |
| 04/21/2006 | 83 | Original of Faxed Document, re: (related document(s)78 Objection). Filed by Steven George Fair. (ct/maggie) (Entered: 04/21/2006) |
| 04/21/2006 | 84 | Certificate of Service Filed by Creditor Steven George Fair Sovereign. (RE: 64 Motion to Reconsider, 75 Motion to Reconsider) . |

| | | |
|---|---|---|
| | | (ct/maggie) (Entered: 04/21/2006) |
| 04/21/2006 | 85 | Certificate of Service Filed by Creditor Steven George Fair Sovereign (RE: 78 Objection). (ct/maggie) (Entered: 04/21/2006) |
| 04/21/2006 | 86 | FAXED Notice of Appeal. Fee Amount $255. Filed byCreditor Steven George Fair Sovereign. (related document(s)76 Order on Motion To Reconsider, 74 Order on Motion to Extend Time). Appellant Designation due by 5/1/2006. (ct/lori) (Entered: 04/21/2006) |
| 04/21/2006 | 87 | FAXED Motion for Leave to Appeal. Filed byCreditor Steven George Fair Sovereign; with cert of service. (related document(s)76 Order on Motion To Reconsider, 74 Order on Motion to Extend Time). (ct/lori) (Entered: 04/21/2006) |
| 04/21/2006 | 88 | FAXED Motion For Joinder of Appeals. Filed by Creditor Steven George Fair Sovereign. (RE: 86 Notice of Appeal, 76 Order on Motion To Reconsider, 74 Order on Motion to Extend Time, 87 Motion for Leave to Appeal). (ct/lori) (Entered: 04/21/2006) |
| 04/24/2006 | 89 | Order Prohibiting Further Facsimile Filings Pending Payment of Outstanding Fees And Compliance With AK LBR 5074-1. Serve: Pettigrew; Spraker; Fair; UST; Taylor; Case Mgr. (related document(s)88 Joinder, 86 Notice of Appeal, 80 Clerk's Notice of Fees Due, 87 Motion for Leave to Appeal) (ct/lori) (Entered: 04/24/2006) |
| 04/24/2006 | 90 | Clerks Notice of Filing of Notice of Appeal and Transmittal of Appeal to BAP. Serve: UST, BAP, Pettigrew, Spraker, Barstow & Steven George Fair.(related document(s)86 Notice of Appeal). (Attachments: # 1 Notice of Appeal) (ct/robbi, ) (Entered: 04/24/2006) |
| 04/24/2006 | 91 | Notice of Requirements for Perfection of Appeal and of Procedure For Election To Transfer Appeal To District Court. Serve: UST, Pettigrew, Spraker, Barstow & Steven George Fair. (related document(s)90 Clerks Notice of Filing of Notice of Appeal). (Attachments: # 1 Pro Se Appellants Instructions)(ct/robbi) (Entered: 04/24/2006) |
| 04/24/2006 | 92 | Transmittal Form to BAP. (Appeal) Serve: BAP, UST, Pettigrew, Spraker, Barstow & Steven George Fair. (related document(s)91 Notice of Requirements for Perfection of Appeal, 90 Clerks Notice of Filing of Notice of Appeal). (ct/robbi, ) (Entered: 04/24/2006) |

| Date | No. | Description |
|---|---|---|
| 04/24/2006 | 93 | Clerk's Notice of Court Fees Due. [FAX Fees due in the amount of $287.] SERVE: Steven George Fair & Financial Deputy.(related document(s)88 Joinder, 86 Notice of Appeal, 87 Motion for Leave to Appeal) . (ct/robbi, ) (Entered: 04/24/2006) |
| 04/24/2006 | 94 | Appellee Designation of Contents for Inclusion in Record of Appeal *and Designation of Transcript* Filed by Gary A. Spraker on behalf of Trustee William M. Barstow III(related document(s)71 Appellant Designation). (Attachments: # 1 Exhibit Docket identifying items for record on appeal)(Spraker, Gary) (Entered: 04/24/2006) |
| 04/24/2006 | 95 | Original of Faxed Document, re: DE # 53 Affirmed Affidavit of Steven George Fair. (ct/robbi, ) (Entered: 04/25/2006) |
| 04/24/2006 | 96 | Original of Faxed Document, re: DE # 78 Creditors Objection to misrepresentation.... (ct/robbi, ) (Entered: 04/25/2006) |
| 04/24/2006 | 97 | COPY of the Notice Of Transfer of Appeal To District Court. Filed by Elaine Lewis, Deputy Clerk, on behalf of Harold S. Marenus, BAP Clerk. Copy was CC: to bankruptcy court & All parties(related document(s)45 Transmittal Form / Memorandum (BAP)). (ct/robbi, ) (Entered: 04/25/2006) |
| 04/27/2006 | 98 | Copy of Notice of USDC Appeal Number 3:06-CV-00094-TMB. Filed by USDC Deputy Clerk Shari Fuhrer. (related document(s) 40 Notice of Appeal, 45 Transmittal Form to BAP. (ct/robbi) Modified on 4/28/2006 (ct/janet, ). **Corrected related documents.** (Entered: 04/28/2006) |
| 04/28/2006 | 99 | Courts Notice of Undeliverable Mail, sent to: George Fair. Serve: Pettigrew. (related document(s)57 Setting Hearing). (Attachments: # 1 Copy of Envelope) (ct/janet, ) (Entered: 04/28/2006) |
| 04/28/2006 | 100 | Transmittal Form / Memorandum to USDC (RE:Appeal NO. 3:06-CV-00094-TMB) SERVE: USDC, UST, Steven George Fair, G. Spraker, W. Barstow & J. Pettigrew. (related document(s)98 Notice of USDC Appeal NO.). (ct/robbi, ) (Entered: 04/28/2006) |
| 05/01/2006 | 101 | Transmittal Form / Memorandum to USDC (RE:Appeal NO. 3:06-CV-00094-TMB) SERVE: USDC, UST, Steven George Fair, G. Spraker, W. Barstow & J. Pettigrew. (related document(s)98 Notice ). (ct/robbi, ) (Entered: 05/01/2006) |
| 05/01/2006 | 102 | Corrective Entry to REFLECT THE CORRECT IMAGE. [RE: Transmittal Form / Memorandum to USDC (RE:Appeal NO. 3:06-CV-00094-TMB) SERVE: USDC, UST, Steven George Fair, G. |

| | | |
|---|---|---|
| | | Spraker, W. Barstow & J. Pettigrew](related document(s)101 Transmittal Memorandum (USDC)) . (ct/robbi, ) (Entered: 05/01/2006) |
| 05/01/2006 | 103 | Objection to the incomprehensible non-sense of the corporate hu man enfranchisees of the illegitimate federeal union of the states scheme of democratic mobocracy in UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA on 4-24-06. NOTE: this appears to be the creditors objection to the three items linked. Filed by Creditor Steven George Fair Sovereign.(related document(s)93 Clerk's Notice of Fees Due, 91 Notice of Requirements for Perfection of Appeal, 89 Order). (ct/robbi, ) (Entered: 05/02/2006) |

### PACER Service Center
#### Transaction Receipt

05/09/2006 09:04:55

| PACER Login: | us3355 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 05-01457 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| Billable Pages: | 7 | Cost: | 0.56 |