# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

**STEVEN GEORGE FAIR - APPELLANT ( IN RE: NORBERT LEE HART)**

IDA ROMACK, CLERK OF COURT

| | |
|---|---|
| DEPUTY CLERK | USDC Appeal No.  **3:06-CV-00130 TMB** |
| | Bankruptcy Petition No. 05-01457 |
| PISA SUON | BAP No. AK-06-1159 |

PROCEEDINGS: **AMENDED CLERK'S NOTICE**            DATE: June 2, 2006

## NOTICE OF USDC APPEAL NUMBER

This appeal in the U.S. District Court will be case number **3:06-CV-00130 TMB**. This number must be used on all documents presented for filing in this matter in the District Court.

The Clerk of the Bankruptcy Court shall transmit the record on appeal to the Clerk, U.S. District Court when the record is complete for the purposes of appeal. The Clerk, U.S. District Court shall forthwith notify the parties of the date of filing of the record.

[]{BKCYAPP.WPD*Rev.1/97}