# RECEIVED

Steven George Fair Sovereign
Posterity by blood descent
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon

JUL 0 5 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# FILED

JUL   3 2006

**CLERK
U.S. BANKRUPTCY COURT**
By

**Deputy Clerk**

Post:    c/o post master General
         Sandy general delivery
         Sandy I.M.M. 122.1
         Oregon

Bankruptcy Court for the united States of America
Anchorage Alaska

In Re:                              )
                                    )    Case No.:05-01457 DMD
Norbert Lee Hart                    )    Chapter 7
                                    )
                    Debtor          )
_____)

### Return of dishonorable presentment 'scope'

Returned for cause:

    NOTICE REGARDING STATUS OF APPEAL
    FROM CLERK, U.S. BANKRUPTCY COURT

    NOTICE REGARDING STATUS OF APPEAL
    FROM CLERK, U.S. BANKRUPTCY COURT

1.    It appears the actor for the office of the clerk of Court has addressed the

Sovereign in the scope of, and; on the Soil of the several State, Article IV, Original Trust

A Contract Constitution for the united States of America making appear this state, 28

U.S.C. 3002(15) Ciphers.

2.    The Sovereign belligerently looks to the report/record of the Framers in Order to

decipher NOTICE REGARDING STATUS OF APPEAL, see; included report to the

district Court for the united States of America - A.

3.    National and state Archives makes appear the following decipher based upon the Framer's intent at the Constitutional Convention in 1787;

That the actor for the office of Clerk of Court is acting intentionally, willfully, and maliciously in the following scope,as;

extreme
despot
holding not one good feature of government
very character tyranny
spectacles of turbulence and contention
incompatible with personal security and the rights of property
an advance to destruction
nor has it ended in anything better the despotism
in tracing evils every Man found it in the turbulence of democracy.

4.    Mr. Chief Judge:

WAYNE WOLFE, by /s/Robbi Canterbury has attested,  in the record of the court by a Cipher, which the Framers of the Constitution at Constitutional Convention in A.D. 1787 have deciphered historically; to knowing assault upon the Posterity Steven George Fair, under the colors of the Commander in Chief of the corporate U.S., to:

*Extreme despot*ism, *holding not one good feature of government*, who's intent is the *very character of tyranny*, creating *spectacles of turbulence and contention*, which is *incompatible with personal security and the rights of property*, being *an advance to destruction* ending in despotism tracing its *evils found* in the *turbulence of democracy*.

5.    In Order, the Chief Judge may secure the Peace in fiduciary capacity stated by Mr. Chief Justice John Jay, Mr. President John Adams, and Mr. Minister Benjamin Franklin *"In the Name of the Most Holy and Undivided Trinity"* definitive Treaty of Peace A.D. 1783, ratified by the senate A.D. 1784, in estoppel to the Cipher of the actor for the office of clerk seeking destruction of contract specific performance by deceptive trade practices to allow Trustee/attorney to gain unjustly by illicit acts of deception in private 'secret' code.

Remedy

6.    Honor the unrebutted testimony of the Sovereign Steven George Fair and enforce contract EQUITY SHARING AGREEMENT, and/or;

7.    Prosecute the actor for the office of clerk for assault with tyrannical design to destroy the Nation as is confessed in Open Record of the Court.

Asseveration

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 3rd day of the 5th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

Further Affiant Sayeth Naught

_____
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

**"Specially Objected To"**
MacLeod v. Hoover  (June 22, 1925)
No. 26395, S.Ct. La.; 105 S.Rep. 305

Covenant of Abraham
Declaration of Arbroath A.D. 1320
unanimous declaration of the thirteen united  States of America July 4th 1776
confederation of States A.D. 1777
definitive treaty of Peace A.D. 1783
constitution for the united States of America A.D. 1787
Articles of Amendment I - XII A.D. 1802
An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
         Post:    c/o post master general
                   Sandy general delivery
                   Sandy I.M.M. 122.1
                   Oregon
message telephone: 503.668.6836



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

In re:

NORBERT LEE HART,

Debtor.

Appellant: STEVEN GEORGE FAIR

**Appeal No. 3:06-CV-00094 TMB**ANCHORAGE. ALASKA

Bankruptcy No. A05-01457-DMD
BAP No. AK-06-1126

┌─────────────────┐
│  Filed On       │
│  6/19/06        │
└─────────────────┘

## NOTICE REGARDING STATUS OF APPEAL

## FROM CLERK, U.S. BANKRUPTCY COURT

The Clerk of the Bankruptcy Court is unable to transmit the record on appeal to the

United States District Court at this time for the following reason(s):

| X | Fee for filing appeal ($255.00) has not been paid. |
|---|---|
| X | Designation of record hasn't been filed by appellant. |
| X | Statement of Issues on Appeal hasn't been filed by appellant. |
| X | Transcripts have been requested by no arrangement for payment of transcript fees has been made. |
|   | Other: |

Dated: June 19, 2006

WAYNE WOLFE, CLERK
United States Bankruptcy Court


By: /s/ Robbi Canterbury
    Robbi Canterbury, Deputy Clerk

Serve: Steven George Fair, Pro Se Appellant
       Gary Spraker, Esq. (for trustee)
       Jane Pettigrew, Esq. (for debtor Hart)
       William Barstow, Trustee

       6/19/06



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

In re:

NORBERT LEE HART,

Debtor.

Appellant: STEVEN GEORGE FAIR

**Appeal No. 3:06-CV-00130 TMB**

Bankruptcy No. A05-01457-DMD
BAP No. AK-06-1159

> **Filed On**
> **6/19/06**

## NOTICE REGARDING STATUS OF APPEAL

## FROM CLERK, U.S. BANKRUPTCY COURT

The Clerk of the Bankruptcy Court is unable to transmit the record on appeal to the

United States District Court at this time for the following reason(s):

| X | Fee for filing appeal ($255.00) has not been paid. |
|---|---|
| X | Designation of record hasn't been filed by appellant. |
| X | Statement of Issues on Appeal hasn't been filed by appellant. |
|   | Transcripts have been requested by no arrangement for payment of transcript fees has been made. |
|   | Other: |

Dated: June 19, 2006

WAYNE WOLFE, CLERK
United States Bankruptcy Court


By: /s/ Robbi Canterbury
    Robbi Canterbury, Deputy Clerk

Serve: Steven George Fair, Pro Se Appellant
       Gary Spraker, Esq. (for trustee)
       Jane Pettigrew, Esq. (for debtor Hart)
       William Barstow, Trustee

6/19/06

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA
605 WEST 4TH AVE, SUITE 138
ANCHORAGE, ALASKA 99501-2296

OFFICIAL BUSINESS

ANCHORAGE AK 995
19 JUN 2006

Steven George Fair
c/o post Master General
Sandy General Delivery
Sandy I.m.m. 122.1
Oregon

JUN 23 2006

neopos
Mailed From 99501
06/19/2006
$0.39
US POSTAGE

06-25-2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
      Post:  c/o post master General
               Sandy general delivery
               Sandy I.M.M. 122.1
               Oregon
message telephone 503.668.6836

No.

---

district court for the united States of America
Anchorage, Alaska

---

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

versus

UNITED STATES [28 U.S.C. 3002(15)]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

The illegitimate legislative body(s) 'the congress' and this state Ore.73, ch.836, sec.13,
legislature(s)
The person of democracy 1-999,999,999 one illegitimate corporate being

Gary Spraker, Donald MacDonald IV, William Barstow, U.S. Trustee

---

05-01457DMD
bankruptcy court for the united States of America
Anchorage Alaska

---

**Letter Rogatory to chief judge**
(1)

To:

      The office of clerk for,
      district Court for the united States of America
      Federal Court House
      Anchorage
      Alaska

re:     presumption

1.)    Dishonored is an included envelope:

            Steven George Fair
            c/o Post Master General
            Sandy General Delivery
            Sandy I.M.M. 122.1
            Sandy, OR 97055

2.)    Honor lies at:

            Steven George Fair, Sovereign
            Posterity by blood descent
            1.3 miles South East Dodge Park
            Sandy River, Herrick Trail
            Sandy I.M.M. 122.1
            Oregon

2.)    Presumption lies *In Law*:

        a.)    The office of clerk contains an idiot who cannot copy a dejure

      location, plane, time, and space:

            1.)    The agent/agency is in rebellion, res judicata.

            2.)    The agent/agency is in violation of Ore.73, ch.836, sec. 11(2) under Article IV, Original Trust A contract constitution for the united States of America A.D. 1787 as endorsed by Framing intent, as adopted and ratified by Alaska State.

            3.)    An individual corporate enfranchisee is operating with treasonous design in breach of specific performance to said 2.) contract above.

            4.)    An individual corporate enfranchisee is engaged in domestic terror by intentional design.

3.)    Included herein is a Rogatory to the illegitimate chief judge office; 9 pages, 2 inclusion copy of appearing mail fraud conspiracy.

<u>Asseveration</u>

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 25th day of the 6th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

Further Affiant Sayeth Naught

_____
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
     Covenant of Abraham
     Declaration of Arbroath A.D. 1320
     unanimous declaration of the thirteen united  States of America July 4th 1776
     confederation of States A.D. 1777
     definitive treaty of Peace A.D. 1783
     constitution for the united States of America A.D. 1787
     Articles of Amendment I - XII A.D. 1802
     An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
     Post:   c/o post master general
             Sandy general delivery
             Sandy I.M.M. 122.1
             Oregon
message telephone:  503.668.6836

06-25-A.D. 2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
        Post:  c/o post master General
                Sandy general delivery
                Sandy I.M.M. 122.1
                Oregon
message telephone 503.668.6836

# Letter Rogatory

Chief Judge
In the United States District Court [illegitimate]
for the district of Alaska [illegitimate]
Federal Court House
Anchorage, AK.

My dearest actor;

      Certain presumptions lie unrebutted in regard to Steven George Fair Sovereign,

Posterity by blood descent, Unenfranchised, Grantor of all legitimate authority upon which

the institution of Government exists by unanimous declaration July 4th 1776:

> *"When, in the course of Man events, it becomes necessary for one People to*
>
> *dissolve the political bands which have connected them with another, and to*
>
> *assume, among the Powers of the Earth, the separate and equal station to which*
>
> *the Laws of nature and nature's God entitle them. . ."*
>
> *". . .that whenever any form of government becomes destructive to those ends, it*
>
> *is the right of the People to alter or to abolish it. . .".* [*We the People appears to*
>
> *be a term of art for Private Individual, <u>S.Ct. for U.S.</u>*]

I experienced Individually, abuse of Power on the Kenai, at Soldotna, as an

(1)

unknowing / uninformed member of the illegitimate Law Enforcement community in and about 1983.  My Individual experience is held in Gag Order by your district Court for the united States of America.  Experience tells / historical record makes appear, that; all 'p'ersons; once illegitimately obtaining an abusive power by long living, far reaching infringement with tyrannical designs; this 'p'erson will not relinquish this illegitimate abuse of power until such time as It is compelled forcibly to loss.  The executive is forever overreaching its authority to command illegitimate power never authorized in contract by the Framers in A.D. 1787.  With a present, fused 'separation of powers' the judiciary and legislative branch under threat of the Commander in Chief by his colours and silks, in / under 'emergency' [though no one knows what emergency]; the executive wields non-legislated, non-authorized - illegitimate power under false tyrannical presumption of 'executive privilege', or 'the Unitarian theory of 2001' in democracy [ which will soon be defined by the Framers herein ].

　　　At one time the Courts were dejure and maintained the balance of power, in Separation of Powers, by estoppel; to prevent, and, punish abuse of power in illegitimate authority, by actors in color of office.  The presumption lies conclusively that the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA is defacto / illegitimate / military based upon tyrannical abuse of specific performance to Original Trust A contract Constitution for the united States of America A.D. 1787 as intended by the Framer's endorsement. The Internationally recognized Colours of the *Commander in Chief* fly over the former de Jure 'district Court for the united States of America' establishing military color for UNITED STATES DISTRICT COURT, 28 U.S.C. 3002(15). The illegitimate abuse of power without authority begins by Senate rebellion, in trespass upon President Lincoln's Article II, sec. 2 presidential Pardon of the several States.  The Senate illegitimately, without authority of the Posterity, violated Article V, State Suffrage, to pass the illegitimate Reconstruction Acts of 1867 to present, including

(2)

the alleged 14th voluntary political amendment; unlawfully ratified by Oregon in 1973.

A conclusive presumption lies that the actor for the Court is a grantee corporate enfranchisee debtor in possession tenant in fee in possession of public Trust office pursuant to Article VI Original Trust A contract constitution for the united States of America as endorsed by the Framers A.D. 1787, resident-*tenant in fee*, domicled in the district of Columbia. This actor has no Constitutionally secured endowment, only illegitimate legislatively granted roman civil privilege; thus, a defacto actor bound by Rule of Law to protect the Public Rights of Steven George Fair secured in Endowment constitutionally. Exactly what are the Public Rights of Steven George Fair Sovereign, Posterity by blood descent ? They are Life, Liberty, and the Pursuit of Happiness on one of the several State Republics as an Allodialist. It is conclusive that the Public Rights binding the defacto actor/office/officer are the Private Rights of the Private Individual as declared on July 4th 1776.

Either, the office of Clerk/actor is the stupidest person living in a world described by Mr. Justice Scalia as "*Idiot*", or that person is knowingly and intentionally engaging in extortion of private property with treasonous design:

It is so easy to 'copy' and 'return' to:

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
            Post:    c/o post master General
                        Sandy general delivery
                        Sandy I.M.M. 122.1
                        Oregon

message telephone 503.668.6836

(3)

The presumption stands that:

OR

97055

are military war zones of Stanton under the criminal acts of the Senate in the
Reconstruction Acts of 1867 to present created by treasonous design in violation of
Article V, and Article II, sec. 2 intent of the Framers.  Because it is SOOOOOOOO
EASY to copy what is given, intent appears in a long train of abuses all having the same
design of involuntary corporate enfranchisement to the corporation domiciled in the
District.

You appear to engage in conversion in violation of the extortion statutes of Alaska
with treasonous design by breach of specific performance to contract, ie; breach of
fiduciary debt obligation to enforce estoppel against the clerk who could only be an *idiot*
incapable of copying the letters and numbers of the American Language.

A good judgement from a bad court will always be a good Judgement in any
Lawful court.  But, illegitimate abuse of power by failure to prosecute conversion and
extortion against the Sovereign shall forever be criminal, whether prosecuted or legalized
by illegitimate unauthorized abuse, or, criminal legislative act of the congress. [qualified
immunity means - qualified / not un-qualified ]  That historical record contained in State
and national Archives from July 4th 1776 to the instant is the communal mind of the
judiciary, and no excuse rests in any qualification for not specifically performing to the
debt obligation owed the Sovereign Steven George Fair Posterity by blood descent.
Unqualified condemnation rests in the opinion of the federal judicial conferences to Slam
Dunk contract debt by finding any and all 'silent means' to derail the Constitution and the
debt owed the unenfranchised Sovereign Steven George Fair.

It is apparent that the UNITED STATES DISTRICT COURT will not remove its

(4)

Self from criminal abuse, with tyrannical design [ Framers statement ] to overthrow Original Trust A contract constitution for the united States of America A.D. 1787 by breach of grantee fiduciary debt obligation to public Trust.

If that is a Certain statement that cannot be rebutted, then; in Fact the Sovereign is compelled involuntarily to defend the Original State, see; _The State of Georgia v. Stanton 73 U.S. 50 (1867),_ against the democracy, see:

> *"We are a Republican Government. Real Liberty is never found in despotism or in the extremes of democracy."*

> *"It has been observed that a pure democracy if it were practicable would be the most perfect government. Experience has proven that no position is more false than this. The ancient democracies in which the people themselves deliberated never possessed one good feature of government. Their very character was tyranny; their figure deformity"*

> _Alexander Hamilton_

> *"...democracies have ever been spectacles of turbulence and contention; have ever been found incompatible with personal security, or the rights of property; and have in general been as short in their lives as they are violent in their deaths."*

> _James Madison_

> *"Every step...towards a more complete, unmixed democracy is an advance towards destruction; ...Liberty have never lasted long in democracy; nor has it ever ended in anything better than despotism."*

> _Fisher Ames_

> *"The purpose of which our Founding Fathers had gathered during the early weeks of the Constitutional Convention was", "... to provide a cure for the evils under which the united States labored; that in tracing these evils to their origin every man had found it in the turbulence and trials of democracy."*

> _Edmund Randolf, Convention of 1787_

(5)

Because the UNITED STATES practices democracy by the affirmation of George

W. Bush; the Framers, the Father of our Constitution, and others declare the DISTRICT

COURT a body:

> despot
> extreme
> holding not one good feature of government
> very character tyranny
> deformity
> spectacles of turbulence and contention
> incompatible with personal security and the rights of property
> an advance toward destruction
> nor has it ended in anything better than despotism
> in tracing . . .evils. . .every Man found it in the turbulence. . .of democracy

Therein chief judge; in the opinion of the Founding Fathers, I know your works in

democracy - 'for the good of the democratic public' in fused abuse of power.

Even the corruption of defacto democracy may issue a good judgement without

engaging in assault against the Sovereign Steven George Fair. Conversion and extortion

by the office of clerk of Court could be called ignorance once, but a long train of abuses

having the same design in conversion shall be found to be intent.

Choice abounds in an act - in good judgment - by an illegitimate court, or history

shall record - an act of War by tyrannical design by the illegitimate court, as defined by the

Framers and Founders of the Nation in A.D. 1776.

Persons within this state residency are engaging in criminal acts in violation of

Alaska Statute appearing to be protected by legalization of criminality by alleged

illegitimate qualified immunity. I understand how qualified the immunity, based in my

Grantor Character, is over the illegitimate acts of rebellion, res judicata.

You have no legitimate choice but to recognize My conclusive presumption of

Sovereign Character, Identity, and Capacity as the unenfranchised Posterity by blood

descent, secured constitutionally in the Endowment of the Covenant of Abraham, and;

(6)

prosecute the treasonous designs of democracy and its person, actors 1-999,999,999 as one corporate person (28 U.S.C. 3002915).

Illegitimately, you are capable of abuse of defacto authority to engage in criminal conversion and extortion by deceptive trade practices for illicit gain and unjust enrichment. It is the word UnJust which shall be dealt with.

In Order to prevent breach of fiduciary obligation, the illegitimate chief judge actor of the defacto court shall enforce estoppel against his officer/agent/agency to prevent the *"despot" "extreme"*, *"holding not one good quality of government"*, *"from the very character of tyranny"*, in personal *"deformity"*, *"bringing about turbulence and contention incompatible with personal security or the rights of* property" in democratic *"advance to destruction"*, supra.

The conclusive presumption lies upon the Historical Record of national Archives and the Words and Warnings of the Framers/Endorsers of Our contract declaration Original Trust, and Original Trust A contract constitution for the united States of America A.D. 1787.

The despot King George III of Great Briton and the Isles held authority in feod, fief, over his subjects and only relinquished *power* to *Authority* by the Laws of Conquest. All; to recognize Steven George Fair as unalienable Covenant Endowed Sovereign via the definitive Treaty of Peace A.D. 1783, viz: *In the Name of the Most Holy and Undivided Trinity* President John Adams, Chief Justice John Jay, Minister Benjamin Franklin, U.S. TREATIES, CONVENTIONS, INTERNATIONAL ACTS, PROTOCOLS, AND AGREEMENTS 1776-1910 (Part I) Volume I. All of this Authority is domiciled by Covenant Endowment in Steven George Fair by blood descent from John Goddard, who engaged the Laws of Conquest at Concord Bridge A.D. 1775; becoming Wagon Master / General to George Washington's military command [ prior allodial claim ].

(7)

The distinction is that King George III held feud by legitimate process, and; your actor/agent/agency/office 'clerk'; hold illegitimate process/power, in breach of contract specific performance, in tyrannical design [ Framers' opine ] to commit treason by illegitimate legalization of Acts of War against the Nations; all without *unanimous declaration of the thirteen united States of America, July 4th 1776.*

Fiduciary, defacto illegitimate chief judge, choose trust debt to estop criminal extortion and conversion, or; fail specific fiduciary debt obligation and allow the treasonous designs to come full circle by abuse of Arm / causa bella. My response to you is *Bellicose* as the only debt the Sovereign owes the Nation by contract.

Included are appearing illegitimate attempts to engage in conversion by tyrannical design to commit treason in violation of Alaska and Oregon extortion laws. Clerk has engaged in Mail Fraud with the private corporation Postal Service, in distinction to the Post Office and post master General, an appearing Title 18 conspiracy violation.

Asseveration

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

/

/

/

/

/

/

/

(8)

Done and dated this 25th day of the 6th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

Further Affiant Sayeth Naught

_____

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
     Covenant of Abraham
     Declaration of Arbroath A.D. 1320
     unanimous declaration of the thirteen united  States of America July 4th 1776
     confederation of States A.D. 1777
     definitive treaty of Peace A.D. 1783
     constitution for the united States of America A.D. 1787
     Articles of Amendment I - XII A.D. 1802
     An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
     Post:   c/o post master general
             Sandy general delivery
             Sandy I.M.M. 122.1
             Oregon

message telephone:  503.668.6836

(9)