UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>NORBERT LEE HART,<br><br>Debtor.<br><br>Appellant: STEVEN GEORGE FAIR | Appeal No. 3:06-CV-00094 TMB<br><br>Bankruptcy No. A05-01457-DMD<br>BAP No. AK-06-1126<br><br>Filed On 7/5/06 |
| In re:<br><br>NORBERT LEE HART,<br><br>Debtor.<br><br>Appellant: STEVEN GEORGE FAIR | Appeal No. 3:06-CV-00130 TMB<br><br>Bankruptcy No. A05-01457-DMD<br>BAP No. AK-06-1159 |

**TRANSMITTAL OF APPELLANT'S RESPONSE**

**FROM CLERK, U.S. BANKRUPTCY COURT**

Transmitted with this notice is a copy of a document submitted to the Bankruptcy Court by appellant Steven George Fair, entitled "Return of Dishonorable Presentment 'Scope,'" which appears to be in response to the Bankruptcy Court Clerk's Notices Regarding Status of Appeal and the subsequent Minute Orders from Chambers issued by the United States District Court regarding the two above-identified appeals.

Dated: July 5, 2006

WAYNE WOLFE, CLERK
United States Bankruptcy Court

By: /s/ Robbi Canterbury
Robbi Canterbury, Deputy Clerk

Serve: Steven George Fair, Pro Se Appellant
Gary Spraker, Esq. (for trustee)
Jane Pettigrew, Esq. (for debtor Hart)
William Barstow, Trustee

7/05/2006

RECEIVED
JUL 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA