UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>NORBERT LEE HART,<br><br>　　　　　Debtor<br>———————————————<br>STEVEN GEORGE FAIR<br><br>　　　　　Appellant,<br><br>vs.<br><br>WILLIAM M. BARSTOW, III, Trustee<br><br>　　　　　Appellee. | No. 3:06-cv-00130-TMB<br><br>ORDER DISMISSING APPEAL<br><br><br>On Appeal From<br>U.S. Bankruptcy Court, District of Alaska<br>Hon. Donald MacDonald IV, Chief Judge<br>Bankruptcy Case A05-01457-DMD |

　　　　On June 19, 2006, the Clerk of the Bankruptcy Court sent Appellant Steven George Fair a notice advising him that the Clerk of the Bankruptcy Court was unable to transmit the record on appeal to this court because: (1) the filing fee had not been paid; (2) he had failed to file the required designation of record; and (3) he had failed to file a statement of issues. [Docket 6]

　　　　On June 20, 2006, this Court entered its order to Appellant to show cause why this appeal should not be dismissed for failure to cure the deficiencies noted by the Clerk of the Bankruptcy Court. [Docket 5]

　　　　On July 5, 2006, the Clerk of the Bankruptcy Court transmitted to this Court what purported to be the response by Appellant to the deficiency notice. [Docket 6]

　　　　Appellant having failed to cure the deficiencies or adequately show cause why this appeal should not be dismissed,

    IT IS THEREFORE ORDERED THAT the appeal is hereby DISMISSED.

The Clerk of the Court to enter a final judgment accordingly.

Dated: August 10, 2006.

_s/ Timothy M. Burgess_
TIMOTHY M. BURGESS
United States District Judge
