**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

In re
NORBERT LEE HART,
    Debtor

STEVEN GEORGE FAIR
    Appellant,

                            Case Number 3:06-CV-00130-TMB

v.

WILLIAM M. BARSTOW, III, Trustee,
    Appellee.                  **JUDGMENT ON BANKRUPTCY APPEAL**
                              Bankruptcy Case No. A05-01457-DMD

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the appeal is hereby DISMISSED.

Date: August 10, 2006

                                        _Ida Romack_
                                        Ida Romack, Clerk of Court

                                        _Elisa Singleton_
                                        (By) Deputy Clerk

[Jmt1-with fees and costs-revised 1-30-06]