**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

RECEIVED

AUG 3 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

In re:

NORBERT LEE HART,

　　　　　　　Debtor.

Appellant: STEVEN GEORGE FAIR

**Appeal No. 3:06-CV-00094 TMB**

Bankruptcy No. A05-01457-DMD
BAP No. AK-06-1126

| Filed On |
| 8/30/06 |

In re:

NORBERT LEE HART,

　　　　　　　Debtor.

Appellant: STEVEN GEORGE FAIR

**Appeal No. 3:06-CV-00130 TMB**

Bankruptcy No. A05-01457-DMD
BAP No. AK-06-1159

## TRANSMITTAL OF REJECTED CORRESPONDENCE
## RECEIVED BY BANKRUPTCY COURT FROM APPELLANT

On August 28, 2006, this court received a document from the appellant, Steven George Fair, entitled "Motion in the Nature of Prosecution for Declaratory Judgement." Enclosed with Mr. Fair's motion were two envelopes which had been mailed to Mr. Fair from the United States District Court for the District of Alaska, postmarked August 10, 2006. Both of these envelopes were stamped "Return to Sender" and "Specially Objected To," and appear to have been unopened by Mr. Fair. As this rejected correspondence was not sent from the Bankruptcy Court, the Clerk of the Bankruptcy Court is transmitting it to the United States District Court for its information.

　　　　　　　Dated: August 30, 2006

　　　　　　　　　　　　　　WAYNE WOLFE, CLERK

　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　By: /s/ Robbi Canterbury
　　　　　　　　　　　　　　　　　Robbi Canterbury, Deputy Clerk

Serve: Steven George Fair, Pro Se Appellant
　　　　Gary Spraker, Esq. (for trustee)
　　　　Jane Pettigrew, Esq. (for debtor Hart)
　　　　William Barstow, Trustee
　　　　8/30/2006